PROB 12C
(6/16)

Report Date: October 23, 2018

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 24 2018

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Perez                        Case Number: 0980 2:17CR00145-WFN-1

Address of Offender:            Spokane, Washington  99202

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, U.S. District Judge (Montana)
Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. § 841 (b)(1)(B) | |
| Original Sentence: | Prison - 72 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 26, 2017) | Prison: Time Served<br>TSR - 24 months | |
| Revocation Sentence:<br>(January 4, 2018) | Prison - 8 months<br>TSR - 49 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 14, 2018 |
| Defense Attorney: | David K. Fletcher | Date Supervision Expires: September 13, 2022 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: On October 3, 2018, Mr. Perez traveled outside the Eastern District of Washington without prior approval.

On August 20, 2018, an officer from the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Perez, as outlined in the judgement and sentence. He signed a copy acknowledging the requirements, including the requirement to obtain approval prior to travel outside of the assigned district.

On September 19, 2018, Mr. Perez notified the undersigned officer via text message that he was scheduled to appear in court in Seattle, Washington, on October 4, 2018. At that time, this officer responded to the client with a text message reminding him to submit the required travel request as soon as possible. Travel requests are to be submitted at least 10 days prior to travel to allow time for the proposed travel to be confirmed.

Prob12C
**Re: Perez, Antonio**
**October 23, 2018**
**Page 2**

On October 3, 2018, at approximately 7:14 p.m., Mr. Perez sent the undersigned officer a text message advising "I am boarding flight 697 to Seattle to arrive in Seattle at I don't know what time I have court tomorrow at 8:30 in the morning then visitation with my son this weekend you have any questions give me a call thank you."

Despite being made fully aware of his requirement to request authorization for travel outside the Eastern District of Washington in advance, Mr. Perez willfully failed to submit a request as instructed and simply departed without approval.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/23/2018

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/24/18
Date