PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: March 1, 2019

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 04 2019

SEAN F. McAVOY, CLERK
_____, DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Antonio Perez    Case Number: 0980 2:17CR00145-WFN-1

Address of Offender:    Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge (Montana)
Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2010

Original Offense:    Conspiracy to Distribute Cocaine, 21 U.S.C. § 841 (b)(1)(B)

Original Sentence:    Prison - 72 months        Type of Supervision: Supervised Release
                      TSR - 48 months
Revocation Sentence:  Prison: Time Served
(June 26, 2017)       TSR - 24 months
Revocation Sentence:  Prison - 8 months
(January 4, 2018)     TSR - 49 months

Asst. U.S. Attorney:  Caitlin A. Baunsgard    Date Supervision Commenced: August 14, 2018

Defense Attorney:     J Houston Goddard       Date Supervision Expires: September 13, 2022

## PETITIONING THE COURT

To issue a summons and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/23/2018 and 01/31/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On February 21, 2019, Mr. Perez failed to report for phase urinalysis testing at the United States Probation Office as instructed by this officer. |
| | On August 20, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Perez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements. |
| | While still in the courtroom on February 21, 2019, following the offender's initial appearance before U.S. Magistrate Judge John T. Rodgers, this officer instructed Mr. Perez to report to the U.S. Probation Office for random urinalysis testing. When the offender |

Prob12C
Re: Perez, Antonio
March 4, 2019
Page 2

failed to report to the U.S. Probation Office for testing in a timely manner, the undersigned officer attempted to reach Mr. Perez by text and phone call, but was unsuccessful.

On March 1, 2019, this officer conducted an unscheduled home visit in an attempt to locate Mr. Perez due to his lack of response to the undersigned officer's attempts to contact him. The offender claimed that his failure to report for urinalysis testing was a misunderstanding, stating that he was under the impression this officer had instructed him to report to Pioneer Human Services (PHS) for random urinalysis testing. Despite being under that impression, the offender did not report to PHS on that date for testing.

6  **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: On February 21, 2019, Mr. Perez failed to follow the instructions of the undersigned officer.

On August 20, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Perez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On February 21, 2019, Mr. Perez was instructed by this officer to report to the U.S. Probation Office for random urinalysis testing following his initial appearance, which is located in the same building as the U.S. Probation Office. The offender failed to report for testing as instructed.

On March 1, 2019, during an unscheduled home visit, the offender claimed that he had misunderstood this officer's instructions and did not receive the voice message that had been left for him until that day.

7  **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 1, 2019, Mr. Perez submitted a urine sample that tested presumptive positive for oxycodone, cocaine, morphine, and methamphetamine.

On August 20, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Perez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On March 1, 2019, Mr. Perez reported to the U.S. Probation Office for random urinalysis testing as instructed, and submitted a urine sample that tested presumptive positive for oxycodone, cocaine, morphine, and methamphetamine. He submitted medical documentation, dated February 26 and 28, 2019, advising that he had been prescribed medication, including hydrocodone, for cellulitis.

The offender denied the use of illegal drugs. The urine sample he provided has been forwarded to the laboratory for further testing. As of the writing of this report, that confirmation is still pending.

Prob12C
Re: Perez, Antonio
March 4, 2019
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  03/04/2019

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

3/4/19
Date