PROB 12C
(6/16)

Report Date: April 5, 2019

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 08 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Perez               Case Number: 0980 2:17CR00145-WFN-1

Address of Offender: ███████ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge (Montana)
Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. § 841 (b)(1)(B) | |
| Original Sentence: | Prison - 72 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 26, 2017) | Prison: Time Served<br>TSR - 24 months | |
| Revocation Sentence:<br>(January 4, 2018) | Prison - 8 months<br>TSR - 49 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: August 14, 2018 |
| Defense Attorney: | J Houston Goddard | Date Supervision Expires: September 13, 2022 |

### PETITIONING THE COURT

**To issue a warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/24/2018, 01/31/2019 and 03/04/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On March 25, 2019, Mr. Perez was instructed to report to the U.S. Probation Office (USPO) for random urinalysis testing. Mr. Perez failed to report to the USPO for testing as instructed.

On August 20, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Perez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

Prob12C
**Re: Perez, Antonio**
**April 5, 2019**
**Page 2**

On March 25, 2019, the undersigned officer sent a text message to the individual under supervision requesting that he contact this officer to discuss possibly resuming travel to Western Washington in order to participate in supervised visits with his minor son. Shortly thereafter, Mr. Perez contacted this officer and at the conclusion of our discussion, he was instructed to report to the USPO by 4:30 p.m. on that date, to submit to random urinalysis testing.

During our conversation, Mr. Perez stated that he was in Wenatchee, but assured this officer that he would report by 4:30 p.m. as instructed. The offender did not report to the USPO on March 25, 2019. Mr. Perez did not make any attempt to contact this officer after our initial conversation to advise that he was running late or would be unable to report.

On March 26, 2019, Mr. Perez reported to the U.S. Probation Office to meet with this officer. He claimed that his children took longer than anticipated finishing eating in Wenatchee so he was unable to get to the USPO until approximately 5 minutes before closing, at 5 p.m. According to Mr. Perez, rather than reporting to the office or attempting to contact this officer to advise he was running late, the defendant claimed that he went home to pick up clothing here in Spokane then drove back to Inchelium, Washington.

9          **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 26, 2019, Mr. Perez submitted a urine sample that tested presumptive positive for cocaine and morphine.

On August 20, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Perez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On March 26, 2019, Mr. Perez reported to the U.S. Probation Office for random urinalysis testing after failing to report for urinalysis testing on March 25, 2019. The individual under supervision submitted a urine sample that tested presumptively positive for cocaine and morphine. The offender stated to the male officer who collected the urinalysis sample that cocaine was "not his drug of choice" and signed a denial of use form denying the use of any illegal drugs.

On April 1, 2019, this officer received notification from Alere Laboratories that the urine sample Mr. Perez submitted on March 26, 2019, was in fact positive for cocaine. Consistent with other urine samples he has provided, the lab noted that the specimen was dilute and "not consistent with normal human urine."

On April 2, 2019, the undersigned officer attempted to contact the offender via telephone to discuss the lab results, but was unsuccessful. This officer then sent Mr. Perez a text message with instructions to report to the USPO by 2 p.m., in order to meet with this officer regarding those lab results. The defendant did not report to the USPO as instructed, nor did he attempted to contact this officer. The undersigned officer has not heard from Mr. Perez since.

Prob12C
**Re: Perez, Antonio**
**April 5, 2019**
**Page 3**

10              **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: On April 3 and 4, 2019, Mr. Perez failed to check with the undersigned officer via telephone as instructed by Senior U.S. District Judge Wm. Fremming Nielsen, which was further reiterated by the undersigned officer.

On August 20, 2018, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Perez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

On March 13, 2019, the individual under supervision appeared in Court before Senior U.S. District Judge Wm. Fremming Nielsen, for a revocation hearing. At that time, Judge Nielsen made no finding and allowed Mr. Perez the opportunity to demonstrate his ability to maintain compliance. His revocation hearing was continued and Judge Nielsen instructed Mr. Perez to "contact his probation officer on a daily basis, Monday through Friday, by telephone calls, no text messages."

On April 3, 2019, Mr. Perez failed to contact this officer by telephone call, as instructed. This officer subsequently attempted to contact the defendant both by telephone call and text message, but was unsuccessful.

On April 4, 2019, Mr. Perez again failed to contact this officer by telephone call. Once again, the undersigned officer attempted to contact the defendant but was unsuccessful. This officer has still not received a response from Mr. Perez at the time of this report.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 5, 2019
_____

s/Amber M.K. Andrade
_____

Amber M. K. Andrade
U.S. Probation Officer

Prob12C
**Re: Perez, Antonio**
**April 5, 2019**
**Page 4**

## THE COURT ORDERS

[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.

_____
Signature of Judicial Officer

_____4/8/19_____
Date