PROB 12C
(6/16)

Report Date: March 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Perez          Case Number: 0980 2:17CR00145-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2010

Original Offense:        Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841 (b)(1)(B) and 846

Original Sentence:       Prison - 72 months          Type of Supervision: Supervised Release
                         TSR - 48 months

Revocation Sentence:     Prison: Time Served
(June 26, 2017)          TSR - 24 months

Revocation Sentence:     Prison - 8 months
(January 4, 2018)        TSR - 49 months

Revocation Sentence:     Prison - 10 months
(June 19, 2019)          TSR - 28 months

Asst. U.S. Attorney:     Earl Allan Hicks            Date Supervision Commenced: April 10, 2020

Defense Attorney:        Federal Defender's Office   Date Supervision Expires: August 9, 2022

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/10/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On November 10, 2020, Antonio Perez violated mandatory condition number 1 by being cited for Hit and Run, in violation of RCW 46.52.010.2.<br><br>On April 10, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Perez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements. |

Prob12C
**Re: Perez, Antonio**
**March 9, 2022**
Page 2

On November 17, 2020, this officer was informed that the offender, who had absconded from supervision a few months prior, had been charged with committing a hit and run. According to the information received, Mr. Perez rear-ended a vehicle that had stopped for traffic. The offender fled the scene, in the wrong lane of travel, without exchanging information with the other driver and a chase ensued.

Attempts by law enforcement to contact the offender were unsuccessful, but they were able to speak with his girlfriend, who is the registered owner of the vehicle. She confirmed that Mr. Perez did in fact have the vehicle on the day in question.

After he was finally located and arrested, the offender appeared in Spokane Municipal Court on March 8, 2022, to address the new alleged law violation. Mr. Perez was subsequently sentenced to credit for time served (90 days imprisonment) followed by a 24-month term of probation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/09/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

  3/10/2022
Date