PROB 12C
(6/16)

Report Date: September 27, 2022

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Perez                                 Case Number: 0980 2:17CR00145-WFN-1

Address of Offender:                                  Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 17, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Cocaine, 21 U.S.C. §§ 841 (b)(1)(B) and 846 | |
| Original Sentence: | Prison - 72 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 26, 2017) | Prison: Time Served<br>TSR - 24 months | |
| Revocation Sentence:<br>(January 4, 2018) | Prison - 8 months<br>TSR - 49 months | |
| Revocation Sentence:<br>(June 19, 2019) | Prison - 10 months<br>TSR - 28 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: April 10, 2020 |
| Defense Attorney: | Frank Louis Cikutovich | Date Supervision Expires: August 9, 2055 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/10/2020 and 3/09/2022.

On April 10, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Perez, as outlined in the judgment and sentence. He signed the judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #8**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

Prob12C
**Re: Perez, Antonio**
**September 27, 2022**
**Page 2**

**Supporting Evidence**:  On September 10, 2022, Antonio Perez allegedly violated special condition number 8 by failing to abide by the rules and regulations of the RRC as required.

On July 8, 2022, while the offender was still engaged in inpatient treatment with Spokane Addiction Recovery Center (SPARC), the undersigned met with Mr. Perez and his treatment counselor.  During that meeting, the offender was instructed to report to the RRC upon his discharge from inpatient treatment.  Mr. Perez was informed, per the order of the Court, that he would be required to abide by the rules and regulations of the facility during his placement; additionally, the offender was notified that he would need a period of sustained compliance at the RRC in order for this officer to consider terminating his placement.

On July 18, 2022, Mr. Perez was successfully discharged from inpatient treatment and transitioned to the RRC as instructed.

On July 19, 2022, the undersigned began receiving emails from the RRC regarding the offender's noncompliant behavior.  On that date, this officer was notified that Mr. Perez continued to use a bathroom that was being repaired despite being told by a number of staff members that he was prohibited from doing so.

On September 11, 2022, this officer received yet another email; in this most recent instance, the offender is noted by RRC staff as having deviated from his approved social pass on September 10, 2022.  Mr. Perez was approved to eat lunch at the Osprey Restaurant, but his ankle monitor's global positioning system (GPS) mapping showed that he spent a significant amount of time in the hotel next to the restaurant.

When his case manager confronted him about the deviation, on September 11, 2022, the offender initially denied any deviation; he insisted that he merely went from the parking lot into the restaurant.  Mr. Perez eventually claimed that he assumed he could walk around the property, he was informed that the GPS mapping noted that he spent only 1 hour and 20 minutes at the Osprey Restaurant, the other 2 hours were spent two buildings away from the restaurant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/27/2022

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

Prob12C

**Re: Perez, Antonio**
**September 27, 2022**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

_9/28/2022_
Date